**BRIAN C. ANDRTICH # 203808**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 101
Fresno, California 93721
Phone: 559-495-0200
Fax:     559-495-0123

Attorney for Defendant: Stephen Martinez

# UNITED STATES DISTRICT COURT

# EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No.: 1:13-CR-00313 LJO |
| Plaintiff, | STIPULATION TO CONTINUE DECEMBER 16, 2013 STATUS CONFERENCE TO FEBRUARY 3, 2014; ORDER |
| vs. | |
| **STEPHEN MARTINEZ,** | |
| | DATE:   December 16, 2013 |
| Defendant. | TIME:   1:00 p.m. |
| | CTRM:  7 |
| | Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties December 16, 2013 status conference may be continued to 1:00 p.m. on Monday February 3, 2014.

The parties base this stipulation on good cause. To explain, on November 5, 2013 the Defense formally retained computer expert Global Compusearch.  Initial discovery was provided for Global Compusearch's review on the same day they were formally retained.  Global Compusearch then began the process of obtaining a copy of the computer hard drive seized by law enforcement in this case.  Arrangements between law enforcement and Global Compusearch regarding the hard drive being provided were not completed until December 6, 2013.  Global

Compusearch provided law enforcement a blank hard drive and law enforcement will copy the data from the seized computer hard drive onto it. Glogal Compusearch has informed Defense counsel that based on prior cases it sometimes takes several weeks to obtain computer hard drive copies. Global Compusearch will then need time to analyze the data contained on the hard drive. The forensic analysis of the computer hard drive is necessary to provide an adequate defense to Stephen Martinez.

  For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

  The Defense Counsel understands stipulations to continue a status conference are to be filed no later than noon on Thursday before a Monday Hearing, Our Office recently switched computer systems and we had technical difficulties which led to the late filing.

DATED:  December 12, 2013        BENJAMIN B. WAGNER
                      United States Attorney

                       By: /S/ BRIAN ENOS
                       Assistant United States Attorney

DATED: December 12, 2013         By: /S/ BRIAN C. ANDRITCH

                       Attorney for Defendant
                       Stephen Martinez

**ORDER**

The parties' request for a continuance of the status conference is GRANTED.

The parties are reminded that pursuant to the Eastern District of California (Fresno Division) Criminal Case Management Plan, "[a]ll stipulated continuances **must be filed through ECF by Thursday at noon prior to the Monday hearing.**"  For future reference, the Court will consider any future exception to the timeliness of the request *only* in the event that an articulated circumstance occurred to prevent the parties from complying with the deadline.

IT IS SO ORDERED.

Dated:   **December 13, 2013**                           **/s/ Sheila K. Oberto**
                                                                            UNITED STATES MAGISTRATE JUDGE

- 3 -