**BRIAN C. ANDRTICH # 203808**
Andritch & Aed, A Professional Corporation
2140 Merced St., Ste. 101
Fresno, California 93721
Phone: 559-495-0200
Fax:     559-495-0123

Attorney for Defendant: Stephen Martinez

# UNITED STATES DISTRICT COURT

# EASTEREN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 1:13-CR-00313 LJO |
| Plaintiff, | STIPULATION TO CONTINUE FEBRUARY 3, 2014 STATUS CONFERENCE TO MARCH 17, 2014; ORDER |
| vs. | |
| **STEPHEN MARTINEZ**, | DATE:   February 3 , 2014 |
| Defendant. | TIME:   1:00 p.m. |
| | CTRM:  7 |
| | Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the parties February 3, 2014 status conference may be continued to 1:00 p.m. on Monday March 17, 2014.

The parties base this stipulation on good cause. To explain, on November 5, 2013, the Defense formally retained computer expert Global Compusearch.  Initial discovery was provided for Global Compusearch's review on the same day they were formally retained.  Global Compusearch then began the process of obtaining a copy of the computer hard drive seized by law enforcement in this case.  Arrangements between law enforcement and Global Compusearch regarding the hard drive being provided were not completed until December 6, 2013.  Global

Compusearch provided law enforcement a blank hard drive and law enforcement copied the data from the seized computer hard drive onto it. Global Compusearch now has the necessary computer data and has completed their analysis; however, they need an additional two to three weeks to prepare their final report. Defense counsel will then need time to analyze the Global Compusearch report and to consult with Stephen Martinez. The forensic analysis of the computer hard drive is necessary to provide an adequate defense to Stephen Martinez.

For the above – stated reason, the stipulated continuance will conserve time and resources for both parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161 (h) (7) (A) and 3161 (h) (7) (B) (ii).

DATED:  January 30, 2014                                    BENJAMIN B. WAGNER
                                                                                      United States Attorney

                                                                                      By: /S/ BRIAN ENOS
                                                                                      Assistant United States Attorney

DATED: January 30, 2014                                     By: /S/ BRIAN C. ANDRITCH

                                                                                      Attorney for Defendant
                                                                                      Stephen Martinez

## **ORDER**

IT IS SO ORDERED.

   Dated:   **January 30, 2014**                                  /s/ Sheila K. Oberto
                                                                                      UNITED STATES MAGISTRATE JUDGE